UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY FASANO,<br><br>                    Plaintiff,<br><br>         -against-<br><br>CITY OF NEW YORK, ET AL.,<br><br>                    Defendants. | 23-CV-9416 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 13, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 13, 2024
             New York, New York

                                                              /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                        Chief United States District Judge